IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| v. | : | |
| | : | |
| ANDREW M. BERKOWITZ | : | NO. 2019-356 |

**ORDER**

AND NOW, this 23rd day of August, 2019, it is ORDERED that Defendant's Unopposed Motion for Continuance of Trial (Doc.#12), is hereby GRANTED. A criminal jury trial in the above captioned matter shall commence on December 10, 2019 at 9:30 a.m.

IT IS SO ORDERED:

Paul S. Diamond /s/

_____
PAUL S. DIAMOND, J.