**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 19-0356 |
| | : | |
| **ANDREW M. BERKOWITZ** | : | |
| | : | |

## O R D E R

**AND NOW**, this 4th day of September, 2019, it is hereby **ORDERED** that the Defendant Andrew M. Berkowitz shall **RESPOND** to the Government's Motion for Hearing Regarding Attorney Conflicts of Interest (Doc. No. 24) **no later than** September 11, 2019.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
------------------------------
Paul S. Diamond, J.