IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 19-0356 |
| : | |
| ANDREW M. BERKOWITZ : | |
| : | |

## O R D E R

**AND NOW**, this 14th day of February, 2020, it is hereby **ORDERED** that the Government shall **RESPOND** to Defendant's Motion for Bail (Doc. No. 53) **no later than** **February 21, 2020**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.