IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 19-356** |
| : | |
| **ANDREW BERKOWITZ** : | |

## O R D E R

As I stated during the August 19th, 2020 hearing in this matter, although Defendant was competent when he pled guilty on January 24th, 2020, it appears that his mental condition may have deteriorated over the ensuing 6-7 months. **AND NOW**, this 20th day of August, for the reasons I stated during yesterday's hearing and upon consideration of Defendant's irrational *pro se* submissions, it is hereby **ORDERED** that the **BUREAU OF PRISONS** shall **CONDUCT** an evaluation for a Mental Competency Report, respecting Defendant's: (1) mental health; (2) competency to be sentenced; (3) competency to represent himself at sentencing; and (4) need, if any, for treatment. See 18 U.S.C. §§ 4042, 4241(b), 4247(b)-(c). Upon completion of the evaluation and Competency Report, the **BUREAU OF PRISONS** shall **PROVIDE** the Court with a copy of the Report.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.