# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 19-356** |
| | : | **Civ. No. 20-cv-3351** |
| | : | |
| **ANDREW BERKOWITZ** | : | |

## O R D E R

**AND NOW**, this 21st day of August, 2020, it is hereby **ORDERED** that Defendant's Motion for Reconsideration (20-cv-03351, Doc. No. 7) of my July 28, 2020 Order (20-cv-03351, Doc. No. 5) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.