# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 19-356** |
| : | **Civ. No. 20-3351** |
| : | |
| **ANDREW BERKOWITZ** : | |

## O R D E R

**AND NOW**, this 22nd day of September, 2020, it is hereby **ORDERED** that Berkowitz's Motion to Transfer (20-cv-03351, Doc. No. 9) is **DENIED without prejudice** pending Berkowitz's competency evaluation.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.