IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice:  9/30/2020 |
| v. | : | |
| | : | |
| Andrew M. Berkowitz  #77307-066 | | |
| Federal Detention Center | | |
| P.O. Box 562 | : | CRIMINAL NO. 2019-356 |
| Philadelphia, PA  19105 | | |

**TAKE NOTICE** that the Sentencing scheduled to take place on September 30, 2020 has been postponed until December 9, 2020 at 9:00 a.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Paul S. Diamond, in Courtroom 14A, 14th Floor.

*Any motions, filings, or memoranda related to the sentencing of the above captioned Defendant shall be submitted to the Court **no later than one week before the sentencing date**.  Any requests for continuances **may be filed by letter**.*

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

Very truly yours,

/s/
Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond
267-299-7739

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Notice to:
Defendant
Marc Neff, Defense
Mary Beth Leahy, A.U.S.A.
U.S. Marshal
Megan A. Maier, Probation
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)