# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 19-356** |
| | : | |
| **ANDREW BERKOWITZ** | : | |

## O R D E R

**AND NOW**, this 5th day of October, 2020, it is hereby **ORDERED** that Berkowitz's Motion to Dismiss (Doc. No. 91) is **DENIED without prejudice** pending Berkowitz's competency evaluation.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.