IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

UNITED STATES OF AMERICA )
v ) 2:19-cr-00356-PD-1
ANDREW M BERKOWITZ )

## CERTIFICATE OF SERVICE

I certify that on 2/28/24 I filed this 14 page LETTER TO GEORGE WYLESOL to correct the lawless thievery of Mary Beth "Lying" Leahy and the VERY DISHONORABLE Paul 卐 S.S. Diamond AND George Wylesol. You, George Wylesol had a sworn duty to congress not to 卐 S.S 卐 Diamond to not steal money from defendants. This letter to George Wylesol the Clerk of Court for the Eastern District of the Third Circuit presents him an opportunity to cure. As far as I can tell, to the best of my knowledge, this filing is completely factual

2/23/24

The world will be watching you very closely George Wylesol

I have reason to believe Mr Wylesol that M.B. "LYING" Leahy and The Chief Shredder of the Eastern District of the Third Circuit conspired to knowingly STEAL money on top of the 8.0 million they [were lawlessly legally designated to] "steal". My forfeiture on the criminal case that I was sentenced to was ~~$~~ 3,991,000 + 40,000 + 4200 = 4,035,200
(restitution)    (fine)    (100/count)

I believe that the nefarious duo of Diamond and Leahy STOLE even more than that. They are criminals — of this I am sure. You, George Wylesol, are up to your Eyeballs involved as a co-conspirator in ~~their~~ criminal activity. Take note, that while Leahy and Diamond are as criminal as it gets, it's only your predecessor (Kate Barkman) that was forced to fall on her sword. She was forced to resign in disgrace for behaviors that are arguably less criminal than yours have been. Now It's time to hire your own personal attorney to limit your liability/culpability in this conspiracy. Never forget that I'm not your best friend at the courthouse but your only friend. They are setting you up to take the fall. Factually, I'm the only one looking out for your welfare!

I INSIST that you send a copy of this letter to every Judge on the Appeals Court TODAY being that they are presently considering listening to my Appeals En Banc. I also Insist you send a copy of this letter to Chief Judge Juan Sanchez since document #456 is a motion to get Sanchez to do his job and remove Diamond. I Insist you send a copy to Judge Gerald McHugh who is my LEGAL Forfeiture Judge who has done NOTHING regarding any forfeitures, despite being his [This is] appointed by Sanchez to be the presiding judge for my forfeiture. McHugh has ceded all his responsibilities to S.S. Diamond even though McHugh is abundantly certain of Diamond's multiple, multiple criminal counts perpetrated on me. (WOW!) You could argue that McHugh is as "guilty as it gets" and the PUPPETMASTER for his STRAWMAN S.S. Diamond. I also Insist you send a copy of this letter to the US Administrator of Courts and the Office of Professional Responsibility and Attorney General Merrick Garland. I believe you should also send copies of this to the other Judges in the Eastern District of the Third Circuit and to all

the members of the Senate and House Judiciary Committees ~~_____~~ (who are your true bosses). While I also believe it is in George Wylesol's best interest to send this filing to all those not mentioned in the aforementioned list that are on my list of those I directed to be carbon copied in that ~~in~~ document #428, I'll leave that decision up to you and your lawyer. I can't imagine George Wylesol isn't primarily interested (mostly or only) ~~~~ with George Wylesol. That being said, let me address Mr. Wylesol's culpability here and sworn duties here and foremost ~~first~~. Should the DOJ and the Judge not have garnished significantly more money than the 4,035,200 dollar amount aforementioned then he need not do any of the actions listed previously. While I'm sure they did, the evidence of such may or may not be on paper — to be clearly seen in the light of day. What I am trying to say is that should that amount garnished on paper not exceed that, (inevitably) your lawyer will advise you to take safe harbor (take refuge) in ~~_~~ plausible deniability your having had However, keep in mind, should it not be on paper that in no way affirms them as to their being lawful. But should it be on paper that, that and amount garnished is significantly higher than 4,035,200, that will prove that Diamond and Leahy are shockingly

flaunting their ABSOLUTE POWER AND LAWLESS-NESS in the light of day. It will show they have no fear of doing such (They don't fear any bad consequences will come their way despite their brazen out and out criminality). To date, GEORGE WYLESOL has behaved unrighteously. Here is a list of his possible crimes

① He (probably) possibly did not send my filings to all the people I instructed him to in my motion/filings known as Not [428/431/434]

② He may have not done his duty by giving motion #4 in document #431 to Judge Juan Sanchez — Judge actually that motion being to compel them both to resign in disgrace. Additionally he may not have given them Motion #6 to Remove Judge Diamond on an Emergency Basis. Much Worse than that speaking to Wylesol's culpability would be his not giving Judge Sanchez document #434 whose motion "C" was the "MOTION FOR JUDGE SANCHEZ TO REMOVE DIAMOND TODAY OR APPOINT ANOTHER CHIEF JUSTICE WHO WILL DO THE JOB SANCHEZ WAS APPOINTED TO DO." As far as the evidence shows, (being that those motions were Never Answered) George Wylesol REFUSED to send those motions to Chief Judge Sanchez and McHugh. As of today, 2/23/24 (my eldest son's Birthday — (Michael Neil) the personal injury lawyer's 36th Birthday), I have no reason to believe that Chief Judge Juan Sanchez has ever received a copy

of motion #456. I know not having not received a ruling by him (on that motion 456 specifically addressed to him that was posted on 2/13/24.) That being said, if I were you, I would make sure to clearly document you personally handed it to him and implore him to answer that motion. Even if such answering is to only document on my PACER docket that he received such and am presently debating whether or not to even address it. Only by doing the aforementioned action will the world know for sure whether Chief Juan Sanchez or you who is the true primary criminal in the Third Circuit Court's Eastern District (should Sanchez once again decide to act lawlessly by not addressing that motion). Once again, remember my George that I'm not your best friend, but your only friend. If you don't believe me ask that personal lawyer I implored you to hire. I had also asked your predecessor Kate Barkman to do the same. I'm not sure whether she did or didn't do such. All I'm sure of is that she took the "fall" for the Diamond et. al. Obstruction of Justice conspiracy which and was the ONLY one to take that "fall" i.e. for she became the scapegoat, the sucker, the sacrificial lamb, the martyr, while you followed in her footsteps by taking the job, you won't want to do so by being the sucker who gets forced to resign. With Sanchez and McHugh not answering my motions it is inevitable that

people will believe that you've been "seduced" by S.S Diamond to be his criminal bitch in a way similar to his corruption of ex-Clerk Backman

③ George Wylesol's perhaps greatest liability/culpability lies in his (as banker of the financial accounts at the Eastern District of the Third District) collecting more money than what Judge Diamond and MB "LYING" Leahy were LEGALLY entitled to collect. George, you can talk yourself until you are blue in the face, but should these issues ever be investigated, rest assured, LYING Leahy and S.S Diamond will try to make YOU "the fall guy". It's deja vu all over again. My mother warned me never marry a woman whose previous five husbands met a suspiciously premature untimely death. Once again, this is their modus operandi: to have the little guy (without immunity) take the fall for the BIG guy (who has full immunity) - Paul S.S. the Chief Shredder of the Eastern District and "GOAT" of all Fascist Judges. Should you not get it yet, let me spell it out for you more clearly. Undeniably you are up to your eyeballs here in responsibility for these lawless activities should you have collected more money than you (as a superior inferior) have been commissioned by CONGRESS to collect upon collecting too much (crimes #1, 2 and 3) you neither sent me a refund or even notified me of even notify such secretly as a WHISTLEBLOWER) that they were stealing money they were not even LAWFULLY entitled to steal

⑧
- You did ZERO to correct the problem. Even when I caught them STEALING (George Wyleski) you sat on the sidelines. In document #428 and #431 I specifically addressed this issue. In short, you supported this cover up in every way possible. You sat by as Devil Diamond declared my motions in #428 and #431 (in which I specifically addressed their malfeasances numerous times either directly or indirectly- their stealing of my money)

in 428 - #'s 2, 3, 5 and 7
in 431 - #'s 4 and 6 as "INCOMPREHENSIBLE"

NOT INCOMPREHENSIBLE, but too too COMPREHENSIBLE ④ In document #434 a variety of those motions indirectly addressed Diamond's taking of a greater garnishment from me than what the law said he could do. Diamond ignored them and told you TO FALSIFY the PACER DOCKET by claiming those motions were not even motions. George, your FALSIFYING the Pacer docket falls north of 99.99% as being your fault. YOU ARE IN CHARGE OF THE DOCKET. FOOLISHLY, MORONICALLY, CRIMINALLY, AS WEAK OF A MALE AS THEY COME is as FOOLISHLY, MORONICALLY, CRIMINALLY, AS WEAK AS THEY COME does. That being said - I believe It's time to resign and turn state's evidence. They set you up SUCKER to take the fall.

If you don't see that now you truly either are a moron, a masochist or some perverted mixture of the two. (a M & M mixture) To mitigate damages you need to cooperate with me( your only friend at the Eastern District Courthouse) as seen below in 1/2/3

① Print out a list of all monies received, from me, fashion what date they were received and from what holdings of mine they were received from

② Send a copy of such to myself at Fort Dix and send a duplicate copy to my wife Ann Berkowitz / 725 Lisa Circle / Huntingdon Valley PA 19006

③ Should the Government (which actually is and for all intents and purposes George Wylesol only (George Wylesol) put into the Government's coffers more money than was legally allowed he should (at God's speed) send a check for the overage paid to my wife Ann at her aforementioned address. Certainly a note of sincere apology (mea culpa) would be appropriate. Fortunately for George Wylesol, I'm a Christian who believes in the beatitude that those that show Mercy will receive Mercy and while to "err" is human, to forgive is divine. I would prefer that the check of money owed us would be made out to Ann Berkowitz but should that not be legally allowed for you to do so, I'll understand should need to you make it out to Andrew Berkowitz. While you might want to think that I was joking when I

gave you friendly wise advice to
- hire your own PERSONAL lawyer paid with your own money (which you might later choose to sue the Government to reimburse you for)
- Consider resigning and becoming a WHISTLEBLOWER against the Government. They will hesitate to retaliate against you being that there are a number of legal protections for WHISTLEBLOWERS against Government retaliation

Wake up George! They set you up! They are getting ready to screw you. like they did your predecessor. Once again, I'm not your best friend but your only friend. The time is NOW. He who hesitates is lost. Yet don't forget you also have the protection (not only of here a WHISTLEBLOWER) but you are a very knowledgable person who knows where ALL THE BODIES are buried. (They better be nice to you or else)

Do the 1/2/3 instructions listed on page 9 to perfection as I have instructed you a God's speed. Reciprocating for such, I will then pray for you and your Soul's redemption. Jesus loves the repentant sinner who promises to sin no more. Once again, its never how you start but how you finish that truly counts.

In review, George Wylesol did various crimes/malfeasances with (as far as the evidence shows) TRUE MENS REUS ie. with forethought of malice to 77307-066's civil Constitutional RIGHTS to DUE PROCESS as guaranteed by the 14th Amendment

In closing I will review the horrific position you've been put in by your "friends" and your <u>Actions</u>. As far as the evidence shows,

① You are 100% responsible for not sending my filings to any I advised you to. Making you part of the cover-up

② You are 100% responsible for FALSIFYING the Pacer Docket by lying and labelling Document #434 with its multiple motions as a Pro se Letter. Most disturbingly of those motions you "buried" was Motion "C" which was to be given to Judge Sanchez asking him to replace Diamond as my presiding judge As far as the evidence shows, you purposefully directed that motion "C" as far away from Chief Judge Sanchez as possible. Clearly, you did such to prevent Sanchez from probably replacing Diamond

The only questions that remain are
— Did your steering that motion away from Sanchez's desk occur because Diamond directed you to do such or did you take it on your own to commit that obstruction of justice?
— When did Diamond recognize your lawless action as lawless and how did he react to the above mentioned criminal behavior (i.e. what did he do) and what did he tell you?

③ You are 95% responsible for
— accepting the extra "ill gotten" money circa a year ago that the Government was not entitled to

- you accepted such AND never refunded me for such over stealing by Diamond and Leahy
- not only did I never receive a refund but I also never received notification of your receiving additional funds (ill gotten funds)
- not only did you not notify me of the excess money received but when I caught it in my filings numbered #428 (429) and #431 and Diamond instructed you to help him bury that obvious Government malfeasance you willingly, knowingly and voluntarily worked with him in perfect synchrony. Hopefully, one day it will come out as to whether it was you or Diamond who first suggested Diamond respond to filing #428's motions related to the Gov't's stealing of excess monies in his order/filing #429 as "IMCOMPREHENSIBLE" and responded to my motions related to the Gov't's stealing of my monies in my filing #431 in his order/filing #432 as "INCOMPREHENSIBLE." While we don't know that yet what we do presently know is that in those motions
- you were fully aware that my claim of the Government stealing (excess) too much of my money was FACTUALLY TRUE AND
- Diamond's response to my motions in his order/filings #429 and #432 were lies that were meant to be "as FASCISTLY LAWLESS as it gets."

You need a lawyer and once you find a good one have him call me. You'll know where to reach me.

Being that you are the only person George, who will NOT be afforded any personal immunity (even a limited immunity) it behooves you to do all you can to insure that no one tries to "doctor" the financial ledger that stipulates to exactly how much money from my funds the Government had garnished. It is both ironic and rather evilly crooked that all the other "players" in this happenstance (as Shakespeare stated- all the world is a stage and the people in it that are the players) are in many senses higher up on the totem pole. who receive that immunity. Being that to the victors go the spoils it (to those victors) seems only natural that they, rather than you, are shielded from prosecution and you are not. This is why I have cautioned you to insure that no one "doctors" those books. You probably understand that once the Berkowitz's receive your financial tally sheet that we will then fact check those numbers. As President Ronald Regan always followed his belief that it is smart "to trust yet verify," I have chosen to follow that sage wisdom also. 👁 👁 - The world is watching you closely George

Please send me two 2255 Appeal forms (as requested previously)

AND Reconsider your previous refusals to send me a copy of my criminal pacer docket I only have a copy of such from #'s 1-250 on 2:19-cr-00356 and a copy of all the filings from 5/7/22 onward (i.e. sentencing to present date). I'm locked in a "dungeon" and denied all access to my PACER DOCKETS 卐 is as 卐 does. Being denied access to my PACER docket is undeniably an infringement of my rights to DUE PROCESS as guaranteed by the 14th Amendment. I'm figuratively fighting my case blindfolded here. I am and will forever be the accidental Pro Se Litigant. The Pro Se Litigant whose attorneys LAWLESSLY abandoned him in a wink and a nod conspiracy to obstruct justice known as the Diamond et al. conspiracy. Come over from the dark side George Wylesol and do all I say here in this filing without consulting the very DISHONOR-ABLE Judge (and Chief Shredder of The Eastern District) Paul S.S. 卐 Diamond the "GOAT" of all Fascist Judges.

The FOIA will help me get all the info I need to prove the criminal conspiracy.

The FOIA will eventually result in me getting all the information needed to send me home!

↔77307-066↔
Andrew Berkowitz
Joint BASE MDI
2000 PO BOX 2000
FCI FORT DIX
Joint BASE MDL, NJ 08640
United States

TRENTON NJ 08
29 FEB 2024 PM 3

↔77307-066↔
Philadelph Clerk
601 Market ST
Phila, PA 19106-1797
United States

Suite 2609

Attention Clerk of Court
George Wylesol

U.S.M.C.
X-RAY.

RECEIVED
MAR - 4 2024

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640 2-29-24

The enclosed letter was processed through special mail procedures. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material. If the writer encloses correspondence for forwarding to another address or includes unauthorized items, please return to the above address.

Done