# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | Crim. No. 19-356 |
| ANDREW BERKOWITZ | : | |

# **O R D E R**

On February 14, 2024, Andrew Berkowitz filed before me a "Motion intended for Chief Judge of the Eastern District of the Third Circuit Juan Sanchez to Remove Diamond as the Presiding Judge." (Doc. No. 456.) On April 25, 2024, Berkowitz moved to sanction Judge Sanchez and to compel the Government to "Produce A COM (Certificate of Merit)." (Doc. No. 459.) On April 29, 2024, Berkowitz moved to sanction the Clerk of Court George Wylesol. (Doc. No. 461.) Because the first Motion is not intended for me, and because the second and third Motions are incomprehensible, I will deny each Motion.

**AND NOW,** this 30th day of April, 2024, Defendant's Motions (Doc. No. 456, 459, 461) are **DENIED**.

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.